UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | ORDER TO DISMISS |
| --- | --- | --- |
| v. | ) | 4:09-CR-00263 |
| CHARLES W. BOCHETTE, JR. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this __10TH__ day of November, 2014.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 NOV 10 PM 1:52
CLERK_____
SO. DIST. OF GA.